COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| HECTOR KALUAKINI, | § | No. 08-09-00317-CV |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 168th District Court |
| ROBERTO CONTRERAS, | § | |
| | | of El Paso County, Texas |
| Appellee. | § | |
| | | (TC# 2009-1291) |
| | § | |

**MEMORANDUM OPINION**

Pending before the Court is an agreed motion to dismiss this appeal pursuant to TEX. R. APP. P. 42.1(a)(2) because the parties have entered into a settlement agreement and have agreed that the appeal should be dismissed. We grant the motion and dismiss the appeal. Costs of appeal will be paid by the party incurring the same, according to the parties' agreement. *See* TEX. R. APP. P. 42.1(d).

GUADALUPE RIVERA, Justice

May 19, 2010

Before Chew, C.J., McClure, and Rivera, JJ.